AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC D/B/A DONY/ATV TREE PUBLISHING; MJ PUBLISHING TRUST D/B/A MIJAC; FOX-GIMBEL PRODUCTIONS, INC.; RODALI MUSIC; et al.

*Plaintiff(s)*

v.

7940 GLADES LLC D/B/A THE CITY FISH MARKET; and I. PANO KARATASSOS, individually

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  **16-80729-CIV-BLOOM/VALLE**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  7940 GLADES LLC D/B/A THE CITY FISH MARKET
C/O CORPORATION SERVICE COMPANY, REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FLORIDA 32301

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                        ZACHARY D. MESSA, ESQ.
                        JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
                        911 CHESTNUT STREET
                        CLEARWATER, FLORIDA 33756

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:     **MAY 10, 2016**



**SUMMONS**

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

BROADCAST MUSIC, INC.; SONY/ATV SONGS
LLC D/B/A DONY/ATV TREE PUBLISHING; MJ
PUBLISHING TRUST D/B/A MIJAC; FOX-GIMBEL
PRODUCTIONS, INC.; RODALI MUSIC; et al.

*Plaintiff(s)*

v.

7940 GLADES LLC D/B/A THE CITY FISH MARKET;
and I. PANO KARATASSOS, individually

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  **16-80729-CIV-BLOOM/VALLE**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  I. PANO KARATASSOS
920 SOUTH POWERS COURT
ATLANTA, GEORGIA 30327

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
ZACHARY D. MESSA, ESQ.
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, LLP
911 CHESTNUT STREET
CLEARWATER, FLORIDA 33756

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:    **MAY 10, 2016**



SUMMONS

Steven M. Larimore
Clerk of Court

s/Jose Conway
Deputy Clerk
U.S. District Courts